1  MAYER BROWN LLP
   JOHN NADOLENCO (State Bar No. 181128)
2  jnadolenco@mayerbrown.com
   BRONWYN F. POLLOCK (State Bar No. 210912)
3  bpollock@mayerbrown.com
   350 South Grand Avenue, 25th Floor
4  Los Angeles, California 90071-1503
   Telephone:  (213) 229-9500
5  Facsimile:  (213) 625-0248

6  Attorneys for Defendant
   Schering Corporation

ADR

Filed

OCT 31 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMONA RIVERA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHERING CORPORATION; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. C07 05550 JW<br><br>PROOF OF SERVICE<br><br>(DIVERSITY JURISDICTION – CLASS ACTION FAIRNESS ACT) |

28735101

PROOF OF SERVICE;

# PROOF OF SERVICE BY PERSONAL DELIVERY

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Time Machine Network, 1533 Wilshire Blvd., Los Angeles, CA 90017. On October 31, 2007, I personally served:

Civil Cover Sheet
Certification of Interested Entities or Persons
Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1332, 1441(b) and 1446

by delivering copies thereof to:

Kingsley & Kingsley, APC
George R. Kingsley, Esq.
16133 Ventura Blvd., Ste. 1200
Encino, CA 91436

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 31, 2007, at Los Angeles, California.

[signature]
Michael V Canul