| | |
|---|---|
| 1 | MAYER BROWN LLP |
|   | JOHN NADOLENCO (State Bar No. 181128) |
| 2 | BRONWYN F. POLLOCK (State Bar No. 210912) |
|   | 350 South Grand Avenue, 25th Floor |
| 3 | Los Angeles, California 90071-1503 |
|   | Telephone:   (213) 229-9500 |
| 4 | Facsimile:    (213) 625-0248 |
| 5 | Attorneys for Defendant |
|   | Schering Corporation |

E-FILING

Filed

OCT 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

C07 05550 JW

RAMONA RIVERA, on behalf of herself and others similarly situated,

      Plaintiffs,

v.

SCHERING CORPORATION; and DOES 1 to 50, Inclusive,

      Defendants.

Case No. 1-07-CV-095007

PROOF OF SERVICE

(DIVERSITY JURISDICTION – CLASS ACTION FAIRNESS ACT)

28735101

PROOF OF SERVICE;
Case No. 1-07-CV-095007

# PROOF OF SERVICE BY PERSONAL DELIVERY

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Time Machine Network, 1533 Wilshire Blvd., Los Angeles, CA 90017. On October 31, 2007, I personally served:

>Notice to Superior Court of Filing of Notice of Removal of Action Pursuant to 28 U.S.C. §§ 1332, 1441(b) and 1446; and

>Notice to Plaintiff of Removal of Action to Federal Court Pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446

by delivering copies thereof to:

>Kingsley & Kingsley, APC
>George R. Kingsley, Esq.
>16133 Ventura Blvd., Ste. 1200
>Encino, CA 91436

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 31, 2007, at Los Angeles, California.

Michael J. Canul

PROOF OF SERVICE