1  MAYER BROWN LLP
   JOHN NADOLENCO (State Bar No. 181128)
2    jnadolenco@mayerbrown.com
   BRONWYN F. POLLOCK (State Bar No. 210912)
3    bpollock@mayerbrown.com
   350 South Grand Avenue, 25th Floor
4  Los Angeles, California 90071-1503
   Telephone:  (213) 229-9500
5  Facsimile:  (213) 625-0248

6  Attorneys for Defendant
   Schering Corporation
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | RAMONA RIVERA, on behalf of          | Case No. **5:07-cv-05550-JW (rs)**
   | herself and others similarly situated,|
13 |                                      | **SUPPLEMENTAL PROOF OF SERVICE**
   |           Plaintiffs,                |
14 |     v.                               | **(DIVERSITY JURISDICTION –**
   |                                      | **CLASS ACTION FAIRNESS ACT)**
15 | SCHERING CORPORATION; and            |
   | DOES 1 to 50, Inclusive,             |
16 |                                      |
   |           Defendants.                |
17

28735565

PROOF OF SERVICE

# PROOF OF SERVICE

I, Bronwyn F. Pollock, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On October 31, 2007, I served a copy of the within document(s):

CIVIL COVER SHEET;

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS;

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441(b) and 1446;

NOTICE TO SUPERIOR COURT OF FILING OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441(b) and 1446; AND

NOTICE TO PLAINTIFF OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441(b) and 1446

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 1, 2007, at Los Angeles, California.

_____
Bronwyn F. Pollock

1  Spiro Moss Barness
   Ira Spiro, Esq.
2  Gregory N. Karasik, Esq.
   11377 W. Olympic Boulevard, 5th Floor
3  Los Angeles, CA 90064

4  Joseph & Herzfeld LLP
   Charles Joseph, Esq.
5  757 Third Avenue, 25th Floor
   New York, NY 10017
6
   Gillespie, Rozen, Watsky & Jones, P.C.
7  James A. Jones, Esq.
   3402 Oak Grove Avenue, Suite 200
8  Dallas, TX 75204

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

28735565