**KINGSLEY & KINGSLEY, APC**
GEORGE R. KINGSLEY, ESQ. SBN-38022
ERIC B. KINGSLEY, ESQ.  SBN-185123
eric@kingsleykingsley.com
16133 VENTURA BL., SUITE 700
ENCINO, CA 91436
(818) 990-8300, FAX (818) 990-2903

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA RIVERA, on behalf of herself and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SCHERING CORPORATION; and DOES 1 to 50, Inclusive, <br><br> Defendants. | CASE NO.: 5:07-CV-05550-JW <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS <br><br> [Local Rule 3-16] |

TO THE UNITED STATES DISTRICT COURT AND ALL PARTIES TO THIS ACTION:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Plaintiff    RAMONA RIVERA
2  Defendants   SCHERING CORPORATION, the only named defendant
3               SCHERING-PLOUGH CORPORATION, the parent corporation
4               of Schering Corporation

6  DATED: November /__, 2007          KINGSLEY & KINGSLEY, APC

8                                     By: _____
9                                     **ERIC B. KINGSLEY**
                                      **Attorney for Plaintiff**

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**(PROOF OF SERVICE BY MAIL - 1013a, 2015.5 C.C.P.)**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county aforesaid, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 16133 Ventura Boulevard, Suite 1200, Encino, California 91436.

On **November 19, 2007**, I served the foregoing document described as **CERTIFICATION AS TO INTERESTED PARTIES LOCAL RULE 83-1.5** on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

MAYER BROWN LLP
JOHN NADOLENCO
BRONWYN F. POLLOCK
350 S. GRAND AV., 25TH FLOOR
LOS ANGELES, CA 90071-1503

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary court of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY PERSONAL SERVICE: I delivered such envelope by hand to the offices of the addressee.

☐ BY EMAIL: A pdf copy of which was sent via email to the above email address(es).

☐ BY FEDERAL EXPRESS: I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express mailing. Under that practice, it would be deposited in the Federal Express drop-off box located at 16133 Ventura Bl., 1st Floor, Encino, CA 91436, on that same day, in the ordinary course of business.

☒ FEDERAL I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
J. HALL