MAYER BROWN LLP
JOHN NADOLENCO (State Bar No. 181128)
  jnadolenco@mayerbrown.com
BRONWYN F. POLLOCK (State Bar No. 210912)
  bpollock@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

MAYER BROWN LLP
DIANA HOOVER (pro hac vice pending)
  dhoover@mayerbrown.com
700 Louisiana St., Ste. 3400
Houston, Texas 77002-2730
Telephone:  (713) 238-3000
Facsimile:   (713) 238-4888

Attorneys for Defendant
Schering Corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RAMONA RIVERA, on behalf of herself and others similarly situated, | Case No. **5:07-cv-05550-JW (rs)** |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| SCHERING CORPORATION; and DOES 1 to 50, Inclusive, | **The Honorable James Ware** |
| Defendants. | |

28737253

PROOF OF SERVICE

# PROOF OF SERVICE

I, Elena G. Griffin, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On November 26, 2007, I served a copy of the within document(s):

**(1) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; (2) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES; (3) STANDING ORDER RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AND (4) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE FORM**

[x] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

**PLEASE SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 26, 2007, at Los Angeles, California.

_____
Elena G. Griffin

28737253

PROOF OF SERVICE

# SERVICE LIST

## ATTORNEYS FOR PLAINTIFFS

Kingsley & Kingsley, APC
George R. Kingsley, Esq.
Eric B. Kingsley, Esq.
eric@kingsleykingsley.com
Darren M. Cohen, Esq.
16133 Ventura Blvd., Ste. 1200
Encino, CA 91436
Tel.: (818) 990-8300
Fax: (818) 990-2903

Spiro Moss Barness
Ira Spiro, Esq.
ira@spiromoss.com
Gregory N. Karasik, Esq.
11377 W. Olympic Boulevard, 5th Floor
Los Angeles, CA 90064
Tel.: (310) 235-2468
Fax: (310) 235-2456

Joseph & Herzfeld LLP
Charles Joseph, Esq.
757 Third Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 688-5640
Fax: (212) 688-2548

Gillespie, Rozen, Watsky & Jones, P.C.
James A. Jones, Esq.
jaj@grwlawfirm.com
3402 Oak Grove Avenue, Suite 200
Dallas, TX 75204
Tel.: (214) 720-2000
Fax: (214) 720-2291

28737253