MAYER BROWN LLP
JOHN NADOLENCO (State Bar No. 181128)
 jnadolenco@mayerbrown.com
BRONWYN F. POLLOCK (State Bar No. 210912)
 bpollock@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

MAYER BROWN LLP
DIANA L. HOOVER (pro hac vice pending)
 dhoover@mayerbrown.com
700 Louisiana St., Ste. 3400
Houston, Texas 77002-2730
Telephone:  (713) 238-3000
Facsimile:   (713) 238-4888

Attorneys for Defendant
Schering Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RAMONA RIVERA, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br>SCHERING CORPORATION; and DOES 1 to 50, Inclusive,<br><br>　　　　　Defendants. | Case No. **5:07-cv-05550-JW (rs)**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SCHERING'S MOTION TO TRANSFER TO THE CENTRAL DISTRICT**<br><br>**The Honorable James Ware** |

28737868

1  The Court, having considered Defendant Schering Corporation's Motion to
2  Transfer Venue to the Central District, and for good cause appearing, hereby
3  GRANTS Schering's request.
4
5  **IT IS SO ORDERED.**
6  Dated: _____       _____
7                                          The Honorable James Ware
8                                          United States District Court Judge