**United States District Court**
For the Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  RAMONA RIVERA,                           No. C 07-05550 JW
8         Plaintiff(s),
                                            CLERK'S NOTICE CONTINUING MOTION
9     v.                                    HEARING
10 SCGERUBG CORPORATION,
11        Defendant(s).
12 _____/
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT the Motion to Transfer Case before Judge James Ware previously
16
   noticed for January 14, 2008 at 9:00 AM, has been noticed on a date that the Court is not in session.
17
   The Motion has been reset to **February 11, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st
18
   Street, San Jose, California.
19
   Dated:  December 4, 2007
20
                                            FOR THE COURT,
                                            Richard W. Wieking, Clerk
21
22
                                            by:  _____/s/_____
23                                               Elizabeth Garcia
                                                 Courtroom Deputy
24
25
26
27
28