BY FAX

COPY

RECEIVED
NOV - 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
DEC 0 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ORIGINAL
FILED
NOV 0 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

D. Hoover

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RAMONA RIVERA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHERING CORPORATION; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 5:07-cv-05550-J (rs)<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>The Honorable James W e |

Diana Hoover, an active member in good standing of the bar o Texas, whose business address and telephone number is:

MAYER BROWN LLP
DIANA HOOVER
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
(713) 238-2628

having applied in the above-entitled action for admission to practice   the Northern District of California on a *pro hac* vice basis, representing   fendant Schering Corporation.

IT IS HEREBY ORDERED THAT the application is granted,  ibject to the terms and conditions of Civil L.R. 11-3. All papers filed by the atto  ey must

---

1 | indicate appearance *pro hac vice*. Service of papers upon and communication with
2 | co-counsel designated in the application will constitute notice to the party. All
3 | future filings in this action are subject to the requirements contained in General
4 | Order No. 45, Electronic Case Filing.
5 |     IT IS SO ORDERED.
6 | Dated: ~~November~~ December 05, 2007

*James Ware*
James Ware
United States District Court Judge