FILED  RECEIVED

UNITED STATES DISTRICT COURT

Northern District of California

SAN JOSE

RAMONA RIVERA,

               Plaintiff(s),

v.

SCGERUBG CORPORATION,

               Defendant(s).

CASE NO. C 07-05550-JW

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

JAMES A. JONES , an active member in good standing of the bar of the STATE OF TEXAS whose business address and telephone number (particular court to which applicant is admitted) is

Gillespie, Rozen, Watsky & Jones, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204        (214) 720-2009

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Dec 18, 2007

                          James Ware
                          United States District Judge