| | |
|---|---|
| KINGSLEY & KINGSLEY, APC | JOSEPH & HERZFELD LLP |
| GEORGE R. KINGSLEY, ESQ. SBN-38022 | CHARLES JOSEPH, ESQ.* |
| ERIC B. KINGSLEY, ESQ.  SBN-185123 | charles@jhllp.com |
| eric@kingsleykingsley.com | 757 THIRD AVENUE, 25TH FLOOR |
| kingsleylaw@aol.com | NEW YORK, NY 10017 |
| DARREN M. COHEN, ESQ.  SBN-221938 | (212) 688-5640; FAX (212) 688-2548 |
| 16133 VENTURA BL., SUITE 1200 | *Seeking Admission Pro Hac Vice |
| ENCINO, CA 91436 | |
| (818) 990-8300, FAX (818) 990-2903 | |
| | |
| SPIRO MOSS BARNESS | GILLESPIE, ROZEN, WATSKY & |
| IRA SPIRO, ESQ. SBN-67641 | JONES, P.C. |
| ira@spiromoss.com | JAMES A. JONES, ESQ* |
| GREGORY N. KARASIK, ESQ. SBN-115834 | jaj@grwlawfirm.com |
| greg@spiromoss.com | 3402 OAK GROVE AVE., SUITE 200 |
| 11377 W. OLYMPIC BL., 5TH FLOOR | DALLAS, TX 75204 |
| LOS ANGELES, CA 90064 | (214) 720-200; FAX (214) 720-2291 |
| (310) 235-2468; FAX (310) 235-2456 | *Admitted Pro Hac Vice |

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RAMONA RIVERA, on behalf of herself and others similarly situated, ) ) ) Plaintiffs ) ) v. ) ) SCHERING CORPORATION; and DOES 1 to 50, Inclusive, ) ) ) Defendants ) ) | CASE NO.:  5:07-cv-05550-JW (rs) **DECLARATION OF ERIC KINGSLEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA** |

--------------------------------------------------------

ERIC KINGSLEY declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

-1-

DECLARATION OF ERIC KINGSLEY IN SUPPORT OF
OPPOSITION TO DEFENDANT'S MOTION TO
TRANSFER VENUE TO THE CENTRAL DISTRICT OF
CALIFORNIA

1. I am an attorney of record in the above-captioned matter.

2. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue to the Central District of California.

3. A true and correct copy of Plaintiff's original complaint, filed on September 24, 2007 is attached hereto as Exhibit A.

4. A true and correct copy of Plaintiff's amended complaint, filed on October 29, 2007 is attached hereto as Exhibit B.

5. A true and correct copy of the Brief for Appellant, *D'Este v. Bayer Corp.*, (9th Cir. Dec. 31, 2007) (No. 07-56577), is attached hereto as Exhibit C

6. A true and correct copy of the Brief for Appellant, *Barnick v. Wyeth, et al.*, (9th Cir. Jan. 14, 2008) (No. 07-56684), is attached hereto as Exhibit D.

Executed this 18th day of January, 2007, at Encino, California.

\_\_/s/ Eric Kingsley_____

Eric Kingsley

-2-

DECLARATION OF ERIC KINGSLEY IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA