UNITED STATES DISTRICT COURT

Northern District of California

RECEIVED
2008 FEB -6 AM 11: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

RAMONA RIVERA, on behalf of
herself and others similarly situated,

                 Plaintiff(s),
v.

SCHERING CORPORATION; and
DOES 1 to 50, Inclusive,

                 Defendant(s).

CASE NO. 5:07-cv-05550-JW (rs)

~~(Proposed)~~ JW
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

FILED
FEB 07 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Michael D. Palmer , an active member in good standing of the Bar of

New York    whose business address and telephone number

(particular court to which applicant is admitted)

is

757 Third Avenue, 25th Floor
New York, NY 10017
(212) 688-5640

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Ramona Rivera

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 7, 2008

                                            _James Ware_
                                            United States District Judge
                                            **The Honorable James Ware**

cc: M. Palmer

UNITED STATES DISTRICT COURT
For the Northern District of California