UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:**  2/11/2008  **Court Reporter:** Christine Bedard
**Case No.:** C- 07-05550 JW  **Interpreter:** N/A
**Related Case No.:** N/A

TITLE

**Ramona Rivera et al v. Schering Corporation**

**Attorney(s) for Plaintiff(s):** James Jones, Michael Palmer
**Attorney(s) for Defendant(s):** John Nadolenco

PROCEEDINGS

**Defendant's Motion to Transfer**

ORDER AFTER HEARING

Hearing Held.  The Court took the matter under submission after oral argument.  The Court to issue further order on Motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: