**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

March 7, 2008

United States District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, Calif., 90012

RE: CV 07-05550 JW    RAMONA RIVERA-v-SCHERING CORPORATION

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒  Certified copy of docket entries.

    ☒  Certified copy of Transferral Order.

    ☒  Original case file documents.

    ☒  Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,
        RICHARD W. WIEKING, Clerk


        by:  Cindy Vargas
        Case Systems Administrator

Enclosures
Copies to counsel of record