UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

FILED

www.cand.uscourts.gov

2008 MAR 21 P 3: 22
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Richard W. Wieking
Clerk

General Court Number
408.535.5364

March 7, 2008

United States District Court
G-8 United States Courthouse
312 North Spring Street
Los Angeles, Calif., 90012

RE: CV 07-05550 JW   RAMONA RIVERA-v-SCHERING CORPORATION

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒    Certified copy of docket entries.

☒    Certified copy of Transferral Order.

☒    Original case file documents.

☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Cindy Vargas
Case Systems Administrator

CV08-01743 GW (JCx)
3/14/08
L. Horn

Enclosures
Copies to counsel of record

March 7, 2008

> **These instructions are for internal court use only.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.